IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -1 PM 5: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HNEDAK-BOBO GROUP, INC.,

    Plaintiff,

vs.

GREAT NORTHERN RESORTS, LLC,

    Defendant.

NO. 05-2620 MaP

## ORDER

Upon motion of defendant, Great Northern Resorts, LLC, and for good cause shown, this Court GRANTS the Motion of Great Northern Resorts, LLC, to Extend Time Within Which to File Responsive Pleading.

IT IS, THEREFORE, ORDERED that the defendant may file with this Court its Answer or other initial pleading at any time up to and including September 16, 2005.

SO ORDERED this __1__ day of __September__, 2005.

_____
JUDGE

APPROVED AS TO FORM
AND SUBSTANCE:

_____
Scott J. Crosby (TN Bar #14287)
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
T:    901.524.5000
F:    901.524.5024
scrosby@bpjlaw.com

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __9-8-05__

4

_____ John T. Moses by spc w/ permission
Oscar C. Carr, III (TN BPR #4779)
John T. Moses (TN BPR #22951)
Glankler Brown PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103
T:   901.525.1322
F:   901.525.2389

U:\crosbys\wpdata\Great Northern\Pleadings\Order.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02620 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John Taylor Moses
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT