IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 24 PM 5:06

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

**HNEDAK BOBO GROUP, INC.,**

    **Plaintiff,**

v.                                                                 No. 05-2620-Ma/P

**GREAT NORTHERN RESORTS, LLC,**

    **Defendant.**

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on October 27, 2005. Present were John T. Moses of Glankler Brown, PLLC, counsel for plaintiff, and Scott J. Crosby of Burch, Porter & Johnson, PLLC, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT to Fed.R.Civ.P. 26(a)(1):**     November 10, 2005.

**JOINING PARTIES:**     December 27, 2005.

**AMENDING PLEADINGS:**     December 27, 2005.

**INITIAL MOTIONS TO DISMISS:**     January 27, 2005.

**COMPLETING ALL DISCOVERY:**     April 27, 2006.

    (a)    **DOCUMENT PRODUCTION:**     April 27, 2006.

    (b)    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**  April 27, 2006.

    (c)    **EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1)    **DISCLOSURE OF PLAINTIFF'S AND COUNTER-PLAINTIFF'S RULE 26 EXPERT INFORMATION:** February 27, 2006.

(2) **DISCLOSURE OF DEFENDANT'S AND COUNTER-DEFENDANT'S RULE 26 EXPERT INFORMATION:** March 27, 2006.

(3) **EXPERT WITNESS DEPOSITIONS:** April 27, 2006.

**FILING DISPOSITIVE MOTIONS:** May 27, 2006.

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for ~~jury~~ NoNJury trial, and the trial is expected to last five to six days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

2

**IT IS SO ORDERED.**

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: October 24, 2005

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02620 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

John Taylor Moses
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT